**AFFIRM; Opinion issued April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01262-CR
No. 05-12-01263-CR

**BRYANT WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-55313-T, F12-55314-T**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice FitzGerald

Bryant Watts waived a jury, pleaded guilty to possession of less than one gram of cocaine and to bribery. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West 2010); TEX. PENAL CODE ANN. § 36.02(a)(3) (West 2011). In the bribery case, appellant also pleaded true to one enhancement paragraph. After finding appellant guilty and the enhancement paragraph true, the trial court assessed punishment at two years' confinement in state jail for the possession of cocaine conviction and five years' imprisonment for the bribery conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).

The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the records and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121262F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRYANT WATTS, Appellant

No. 05-12-01262-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-55313-T).
Opinion delivered by Justice FitzGerald,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered April 19, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRYANT WATTS, Appellant

No. 05-12-01263-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-55314-T).
Opinion delivered by Justice FitzGerald, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered April 19, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE